**Order entered February 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00179-CV

### IN RE KENNETH FOSTER, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-17971-Z**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** the motion for emergency relief. We **ORDER** relator to bear the costs of this

original proceeding.


/s/     BILL WHITEHILL
         JUSTICE